IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LOWER BUCKS HOSPITAL,<br>      Debtor | : :<br>:<br>: | CIVIL ACTION<br>NO. 12-3399 |
| THE BANK OF NEW YORK, MELLON<br>TRUST COMPANY, NA as Indenture<br>Trustee,<br>      Appellant<br>  v.<br>LEONARD BECKER,<br>      Appellee | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO. 12-3752 |

## ORDER

**AND NOW**, this 2nd day of January, 2013, upon consideration of the briefs of the parties, and after review of the record and oral argument, it is **ORDERED** that the Orders of the Bankruptcy Court dated May 10, 2012, and May 24, 2012, are **AFFIRMED**.

                                          /s/ Timothy J. Savage
                                          TIMOTHY J. SAVAGE,  J.