IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LOWER BUCKS HOSPITAL, | : | |
| Debtor | : | |
| _____ | : | CIVIL ACTION |
| | : | NO. 12-3399 |
| THE BANK OF NEW YORK, MELLON | : | |
| TRUST COMPANY, NA as Indenture | : | CIVIL ACTION |
| Trustee, | : | NO. 12-3752 |
| Appellant | : | |
| v. | : | |
| | : | |
| LEONARD BECKER, | : | |
| Appellee | : | |

## ORDER

**AND NOW**, this 2nd day of January, 2013, upon consideration of the briefs of the parties, and after review of the record and oral argument, it is **ORDERED** that the Orders of the Bankruptcy Court dated May 10, 2012, and May 24, 2012, are **AFFIRMED**.

                                                    /s/ Timothy J. Savage
                                                  TIMOTHY J. SAVAGE, J.